**GREAT NORTHERN RAILWAY COMPANY, Appellant, v. Duane GUNDERSON, by Nola Gunderson, his Guardian Ad Litem.**

No. 13721.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1948.

Edwin C. Matthias, of St. Paul, Minn., H. F. Chapman, of Sioux Falls, S. D., and Dwight Campbell, of Aberdeen, S. D., for appellant.

Bernt O. Stordahl, Robert G. May and Nils A. Boe, all of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties, on stipulation of parties.

**Elvin HAHN et al. v. CHARLES ENEU JOHNSON & CO.**

No. 3693.

Circuit Court of Appeals, Tenth Circuit.

May 5, 1948.

Lindsay P. Walden, of Fort Worth, Tex., for appellants.

Fletcher Catron, of Santa Fe, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismisssed May 5, 1948, on motion of appellants.

**Edward Scott HOLLER, Petitioner, v. UNITED STATES OF AMERICA, and George H. Moore as Judge of the United States District Court for the Eastern District of Missouri, et al.**

No. 13736.

Circuit Court of Appeals, Eighth Circuit.

May 1, 1948.

Edward Scott Holler, pro se.

PER CURIAM.

Petition for Writ of Mandamus in all respects denied.

**A. M. KEVIL et al. v. INTERNATIONAL MINERALS & CHEMICAL CORPORATION.**

No. 3676.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1948.

Graham & Scheunemann and Max D. Melville, all of Denver, Colo., for appellants.

Caswell Neal, of Carlsbad, N. M., and Grant, Shafroth & Toll, of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motions of appellee for failure diligently to prosecute the same.